UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

ALBA M. CUETO,

      Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, ALBA M. CUETO, is a natural person, and citizen of the State of Florida, residing in Broward, Florida.

4.     Defendant, GC SERVICES LIMITED PARTNERSHIP, is a limited partnership and citizen of the State of Texas with its principal place of business at 6330 Gulfton, Houston, Texas 77081.

5.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other parties.

7.     Defendant is a "debt collector" as defined in the FDCPA.

8.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

November 16, 2009 at 10:40 AM
This message is for Alba my name is Jamie, it's important that you return my phone call; my number is 866-871-9954. My extension is 904.

November 20, 209 at 8:17 AM
This message is for Alba my name is Jamie, it's very important that you return my phone call; my number is 866-871-9954. And my extension is 904.

November 21, 2009 at 11:53 AM

2

This message is for Alba my name is Jamie, it's important that you return my phone call; my number is 866-871-9954. And my extension is 904.

November 27, 2009 at 9:25 AM
This message is for Alba my name is Jamie, it's very important that you return my phone call; my number is 866-871-9954. And my extension is 904.

November 30, 2009 at 8:57 AM
This message is for Alba my name is Jamie, it's very important that you return my phone call; my number is 866-871-9954. And my extension is 904.

December 4, 2009 at 9:12 AM
This message is for Alba Cueto my name is Jamie, it's important that you return my phone call; my number is 866-871-9954, my extension is 904.

December 10, 2010 at 7:04 PM
This message is for Alba my name is Jamie, it's very important that you return my phone call; my number is 866-871-9954. And my extension is 904.

December 14, 2009 at  9:52 AM
This message is for Alba my name is Jamie, it's important that you return my phone call; my number is 866-871-9954, extension 904.

December 19, 2009 at 11:10 AM
This message is for Alba my name is Jamie, it's important that you return my phone call; my number is 866-871-9954, my extension is 904.

January 28, 2010 at 3:52 PM
This message is for Alba my name is Jamie, it's important that you return my phone call; my number is 866-871-9954. My direct extension is (inaudible).

January 30, 2010 at 11:34 AM
This message is for Alba, my name is Jamie, it's very important that you return my phone call; my number is 866-871-9954, my extension is 93.

February 17, 2010 at 8:39 AM

3

This message is for Alba M. Cueto. My name is Luis if you could please call me back at 866-871-9954 extension 68. Again that number is 866-871-9954 extension 68.

February 19, 2010 at 8:56 AM
This message is for Alba Cueto. My name is Luis if you could please call me back at 866-871-9954 extension 68. Again that number is 866-871-9954 extension 68.

February 20, 2010 at 9:26 AM
This message is for Alba M. Cueto. My name is Luis if you could please call me back at 866-871-9954 extension 68. Again that number is 866-871-9954 extension 68.

February 22, 2010 at 8:15 AM
This message is for Alba Cueto. My name is Luis, if you could please call me back at 866-871-9954, extension 68. Again that number is 866-871-9954, extension 68.

February 22, 2010 at 6:34 PM
This message is for Alba Cueto. My name is Luis, if you could please call me back at 866-871-9954, extension 68. Again that number is 866-871-9954, extension 68.

February 27, 2010 at 8:08 AM
This message is for Alba Cueto. My name is Luis if you could please call me back at 866-871-9954 extension 68. Again that number is 866-871-9954 extension 68.

11.    Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.    The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See _Berg v. Merchs. Ass'n Collection Div_., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

4

13.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.     Plaintiff incorporates Paragraphs 1 through 13.

15.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.     Damages;

        b.     Attorney's fees, litigation expenses and costs of suit; and

        c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the

purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18.     Plaintiff incorporates Paragraphs 1 through 13.

19.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
      Donald A. Yarbrough, Esq.
      Florida Bar No. 0158658