UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 11-60385-CIV-UNGARO

ALBA M. CUETO,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice. (D.E. 15.)

THE COURT has reviewed the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE, each party to bear its own attorney fees and costs. It is further

ORDERED AND ADJUDGED that the Clerk of Court shall administratively close this case. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th_day of June, 2011.

*(signature)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record